IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AMANDA AL-SAWAI,<br>  *Plaintiff,*<br><br>v.<br><br>UNIVERSITY OF TEXAS,<br>PERMIAN BASIN, WAYNE<br>COUNTS, in his individual capacity;<br>and STEVEN BEACH, in his<br>individual capacity;<br>  *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | MO:22-CV-00261-DC |

## ORDER

On March 8, 2024, the Court entered an order adopting Magistrate Judge Ronald C. Griffin's report and recommendation.[1] The Court **ORDERS** Defendants to file their answer within 14 days of that date, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A).

It is so **ORDERED**.

SIGNED this 13th day of March, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 8.