IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AMANDA AL-SAWAI, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | MO:22-CV-00261-DC-RCG |
| | § | |
| UNIVERSITY OF TEXAS | § | |
| PERMIAN BASIN, | § | |
| *Defendant*, | § | |

## ORDER REGARDING MEDIATION

This case is before the undersigned United States Magistrate Judge by Order of Referral from the District Judge in accordance with 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

The Court finds a mediation is necessary to facilitate settlement of the instant case. Thus, it is hereby **ORDERED** the case shall be mediated via Zoom on **March 6, 2025, at 10:00 a.m.** The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled mediation. It is **ORDERED** that each party shall have present at the time of mediation the client(s), or representative of the client(s), with full authority to settle the case.

It is finally **ORDERED** that each party shall submit a Confidential Mediation Statement (Statement) directly to the Chambers of the Magistrate Judge via email to the Judge's law clerk at Jordan_Thorn@txwd.uscourts.gov on or before **March 4, 2025**. The Statements should not be filed with the Clerk of Court and the Statements will not be made part of the case file. The Statements shall contain the following: (1) introduction of the party; (2) background of the dispute, procedural history, and summary of prior settlement negotiations; (3) statement of

2

undisputed facts; (4) statement of disputed facts that are material to resolution; and (5) copies of documents relevant to the settlement conference.

It is so **ORDERED**.

SIGNED this 11th day of February, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE