# EXHIBIT B

| | |
|---|---|
| **From:** | Jameson Joyce |
| **To:** | Julian Frachtman |
| **Cc:** | info.hjfrachtmanlaw@gmail.com; Jennifer Holt |
| **Subject:** | RE: Al-Sawai; Failure to Appear; Motion to Compel & Sanctions |
| **Date:** | Tuesday, February 18, 2025 11:51:00 AM |
| **Attachments:** | image001.png<br>20250214_43-0 Order grant & deny in part Ds Mtn to Compel Disc"y.pdf |

Good morning Julian,

As you are aware, the noticed deposition of your client took place today at 10am, but neither you nor your client appeared. A Notice of Non-Appearance was prepared. If I do not receive full production as ordered by the Court by tomorrow, I will file a Motion for Sanctions. To avoid any issues with sending large media files (ie, MP3s), my legal assistant is sending you a Box link which you can use to upload the recordings.

Regards.

*Jameson C. Joyce*
Assistant Attorney General
Office of the Attorney General
General Litigation Division
209 W.14th Street, 6th Floor
Austin, Texas 78701
512.475.4088 *(t)*
512.979.5389 *(c)*
512.477.2348 *(f)*



Related image