**EXHIBIT E**

```
        IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TEXAS
              MIDLAND/ODESSA DIVISION

AMANDA AL-SAWAI,         §
                         §
     Plaintiff,          §
                         §
                         §
v.                       §        NUMBER
                         §   7:22-cv-00261-DC-RCG
                         §
UNIVERSITY OF TEXAS      §
PERMIAN BASIN,           §
                         §
     Defendant.          §
```

*******************************************

CERTIFICATE OF NONAPPEARANCE
OF
ORAL AND VIDEOTAPED DEPOSITION
OF
AMANDA AL-SAWAI
(VIA ZOOM VIDEOCONFERENCING)
February 18, 2025

*******************************************

I, Tommi Rutledge Gray, Certified Shorthand Reporter, Registered Professional Reporter, and Certified Realtime Reporter in and for the State of Texas, hereby certify to the following facts to wit:

That I appeared via Zoom videoconferencing from Mesquite, Texas on the 18th day of February, 2025, for the purpose of

```
 1  taking the Oral and Videotaped Deposition of
 2  Amanda Al-Sawai, scheduled to begin at 10:00
 3  a.m. CST, in accordance with Defendant's Notice
 4  of Intent to Take Oral and Videotaped Deposition
 5  of Plaintiff Amanda Al-Sawai, and pursuant to
 6  the Federal Rules of Civil Procedure.
 7              That also appearing via Zoom
 8  videoconferencing at said time was Jameson C.
 9  Joyce, Esq. and Allison Marie Collins, Esq.,
10  Counsel for the Defendant, University of Texas
11  Permian Basin, who are with the Offices of the
12  Attorney General of the State of Texas, General
13  Litigation Division, located at P.O. Box 12548,
14  Capitol Station, Austin, Texas  78711-2548; and
15              Ana Vieira Ayala, Esq., who is with
16  The University of Texas System; and
17              Ms. Amelia Christopher,
18  Videographer, who is with Integrity Legal
19  Support Solutions.
20              The following exhibit was marked for
21  identification at the time of said proceedings
22  and is attached hereto:
23              Exhibit 1, Defendant's Notice of
24  Intent to Take Oral and Videotaped Deposition of
25  Plaintiff Amanda Al-Sawai (Three pages);
```

|    |                                           |
|----|-------------------------------------------|
| 1  | At 10:16 a.m., the following              |
| 2  | statements were made:                     |
| 3  | MR. JOYCE: Okay. It                       |
| 4  | is -- my name is Jameson Joyce on         |
| 5  | behalf of the Defendant,                  |
| 6  | University of Texas Permian               |
| 7  | Basin.                                    |
| 8  | I would like to state on                  |
| 9  | the record that this is the               |
| 10 | time and place noticed for the            |
| 11 | deposition of Plaintiff Al-Sawai          |
| 12 | in the action of Amanda Al-Sawai          |
| 13 | versus University of Texas                |
| 14 | Permian Basin.                            |
| 15 | The Notice time and place                 |
| 16 | was a remote deposition on                |
| 17 | Tuesday, February 18th, 2025 at           |
| 18 | 10:00 a.m.                                |
| 19 | It is now 10:15 -- make                   |
| 20 | that 10:16. I emailed opposing            |
| 21 | counsel at 10:03 a.m., notifying          |
| 22 | him that the court reporter was           |
| 23 | in place and ready to proceed, as         |
| 24 | well as to indicate if he and             |
| 25 | his client planned to appear,             |

```
 1      and that we would wait until
 2      10:15.
 3           At this time, no one has
 4      appeared.  We reserve the right
 5      to reset the deposition and seek
 6      relief from the Court for the
 7      Plaintiff and opposing counsel's
 8      failure to appear.
 9           I would also request that a
10      copy of the Deposition Notice be
11      attached to this Notice of
12      NonAppearance for the record.
13               THE COURT REPORTER:
14      We're going off the record at
15      10:17 a.m.
16      GIVEN UNDER MY HAND of office on this 21st
17 day of February, 2025.
18
19
20
21      _____
        TOMMI RUTLEDGE GRAY, Texas CSR 1693
22      Expiration Date:  10/31/25
        Firm Registration #528
23      INTEGRITY LEGAL SUPPORT SOLUTIONS
        9901 Brodie Lane, Suite 160-400
24      Austin, Texas  78748
        Telephone - 512.320.8690
25      www.integritylegal.support
```