IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| AMANDA AL-SAWAI,<br>　　*Plaintiff*,<br><br>v.<br><br>UNIVERSITY OF TEXAS PERMIAN BASIN,<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 7:22-cv-00261-DC-<br>§ RCG<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ON DEFENDANT THE UNIVERSITY OF TEXAS PERMIAN BASIN'S MOTION FOR SANCTIONS AND SECOND MOTION TO COMPEL PLAINTIFF AMANDA AL-SAWAI'S DEPOSITION**

On this date, the Court considered Defendant The University of Texas Permian Basin (UTPB)'s Motion for Sanctions and to Compel Plaintiff Amanda Al-Sawai Deposition.

After considering the Motion, and any responses thereto, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

Plaintiff is ORDERED to sit and be deposed by Defendant UTPB on February 27, 2025. If she fails to do so, she will be barred from supporting her case with either affidavit testimony or testimony at trial.

Plaintiff is ORDERED to produce all discovery and documents she will use to support her case on or before February 25, 2025. Plaintiff will be barred from supporting her case with any documents or discovery not produced before that deadline.

Plaintiff is ORDERED to pay for the costs associated with her delay as follows:

_____.

IT IS SO ORDERED.

SIGNED this \_\_\_\_\_ day of _____, 2025.

                                                           _____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE