IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AMANDA AL-SAWAI, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | MO:22-CV-00261-DC-RCG |
| § | |
| UNIVERSITY OF TEXAS § | |
| PERMIAN BASIN, § | |
|     *Defendant*. § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS AND MOTION TO COMPEL

BEFORE THE COURT is Defendant University of Texas Permian Basin's ("Defendant") Motion for Sanctions and in the Alternative Second Motion to Compel. (Doc. 44). This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After due consideration of the Defendant's brief and the relevant case law, the Court **GRANTS** Defendant's Motion for Sanctions and Motion to Compel. (Doc. 44). Further, the Court **ORDERS** the deposition of Plaintiff Amanda Al-Sawai ("Plaintiff") to be completed on or before **Thursday, February 27, 2025**.

On February 11, 2025, the Court held a Zoom hearing to consider Defendant's First Motion to Compel where each Party's counsel was present. Following the hearing, the Court granted in part Defendant's Motion ordering Plaintiff to: (1) respond to Interrogatory Nos. 8, 11, and 12 without objection and (2) produce any relevant documents or specify where in the file responsive documents are located for Request for Production Nos. 3, 8, 9, 14, 24, and 26 by Friday, February 14, 2025. (Doc. 43). Further, the Court ordered the deposition of Plaintiff to be completed on Tuesday, February 18, 2025. *Id*. In its Motion, Defendant asserts Plaintiff has

failed to timely and completely supplement her discovery responses as Court ordered, and Plaintiff and her counsel did not attend the deposition on February 18. (Doc. 44 at 1).

Accordingly, the Court **ORDERS** Plaintiff to produce the discovery previously ordered by the Court no later than **February 25, 2025**. If Plaintiff fails to do so, she will be barred from using any discovery not produced by such date in prosecuting her case via motion or at trial, absent a separate order from this Court. Further, the Court **ORDERS** the deposition of Plaintiff to be completed on or before **February 27, 2025**. If the Parties cannot agree on a time or place for the deposition, the Parties are to contact the Court for scheduling. Plaintiff's failure to sit for the deposition on this date may result in Plaintiff being precluded from affidavit providing testimony or testifying at trial, or her case may be dismissed for failure to prosecute. Finally, the Court **ORDERS** Plaintiff to pay for the costs associated with her deposition.

It is so **ORDERED**.

SIGNED this 24th day of February, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE