IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AMANDA AL-SAWAI,  §<br>      *Plaintiff*,   §<br>                              §<br>v.                            §<br>                              §<br>UNIVERSITY OF TEXAS   §<br>PERMIAN BASIN,        §<br>      *Defendant*.   §<br>                              §<br>                              § | NO. 7:22-cv-00261-DC-RCG |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE DAVID COUNTS:

Plaintiff Amanda Al-Sawai and Defendant The University of Texas Permian Basin (collectively, "the Parties") file this Joint Notice of Settlement and hereby notify the Court that this case has settled in principle. The agreement is receiving the necessary approvals required by law. The Parties respectfully request that all current settings, hearings, including the mediation scheduled for March 6, 2025, be canceled. The Parties will file a Joint Stipulation of Voluntary Dismissal with Prejudice once the agreement is executed.

Respectfully submitted,

*/s/ H. Julian Frachtman*
**H. JULIAN FRACHTMAN**

H. Julian Frachtman
Law Office of H. Julian Frachtman
3100 Richmond, Suite 203
Houston, Texas 77098
Tel. (832) 499-0611
Fax (713) 651-0819
Email: hfrachtmanlaw@gmail.com

**COUNSEL FOR PLAINTIFF**


**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Jameson C. Joyce*
**JAMESON C. JOYCE**
*Attorney in Charge*
Texas Bar No. 24110070
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548
Jameson.Joyce@oag.texas.gov
Telephone: (512) 475-4088
Facsimile: (512) 477-2348
COUNSEL FOR DEFENDANT THE UNIVERSITY OF TEXAS OF THE PERMIAN BASIN

## CERTIFICATE OF SERVICE

  I certify that on March 4, 2025, a copy of the above *Joint Notice of Settlement* was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Jameson C. Joyce
Assistant Attorney General
Office of the Attorney General
General Litigation Division
P.O. Box 12548
Capitol Station
Austin, TX 78711-2548
Jameson.Joyce@oag.texas.gov
Telephone: (512) 475-4088
Facsimile: (512) 477-2348

**COUNSEL FOR DEFENDANT**

                */s/ H. Julian Frachtman*
                **H. JULIAN FRACHTMAN**