#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF TEXAS
#### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| AMANDA AL-SAWAI, § | |
|     *Plaintiff*, § | |
| § | |
| v. § | MO:22-CV-00261-DC-RCG |
| § | |
| UNIVERSITY OF TEXAS § | |
| PERMIAN BASIN, § | |
|     *Defendant*. § | |

#### ORDER RESCINDING SANCTIONS ORDER

On February 24, 2025, the Court issued sanctions against Plaintiff Amanda Al-Sawai ("Plaintiff"). (Doc. 45). Plaintiff was ordered to pay for the costs associated with her deposition. *Id.* After *sua sponte* reconsideration, the Court herby **RESCINDS** its prior Sanctions Order.

It is so **ORDERED**.

SIGNED this 7th day of March, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE