**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **AMANDA AL-SAWAI,** *Plaintiff*, | § § § |
| **v.** | § §     **MO:22-CV-00261-DC-RCG** |
| **UNIVERSITY OF TEXAS, PERMIAN BASIN,** *Defendant*. | § § § § |

### ADVISORY ON SETTLEMENT

This will serve as an Advisory/Report pursuant to Local Rule CV-88(i). On March 6, 2025, the Parties settled this case at a mediation with the undersigned United States Magistrate Judge. The Parties have been advised that they shall file a stipulation of dismissal or agreed judgment and any appropriate supporting documents with the Court. These documents shall be filed no later than **30 days** following issuance of this Order. If the Parties are unable to submit these documents by that date, the Parties should move for an extension of time to file the documents. Any extension shall be granted only upon a showing of good cause. The Parties have also been advised that the case may be administratively closed, and all pretrial deadlines stayed pending submission of the appropriate dismissal/judgment documents.

It is so **ORDERED**.

SIGNED this 7th day of March, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE