# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **AMANDA AL-SAWAI**, <br>   *Plaintiff,* | § <br> § <br> § | |
| v. | § <br> § | NO.   MO:22-CV-00261 |
| **UNIVERSITY OF TEXAS,** <br> **PERMIAN BASIN,** <br>   *Defendant.* | § <br> § <br> § | |

### ORDER

BEFORE THE COURT is the Advisory on Settlement (Doc.48) filed March 7, 2025, informing the Court that the parties have reached a settlement in principle that resolves all claims asserted in this lawsuit. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

The Court **CANCELS** the Final Pretrial Conference and Jury Selection/Trial.

It is so **ORDERED**.

SIGNED this 10th day of March, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

Case 7:22-cv-00261-DC-RCG   Document 50   Filed 03/10/25   Page 2 of 2