**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| AMANDA AL-SAWAI, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | MO:22-CV-00261-DC-RCG |
| | § | |
| UNIVERSITY OF TEXAS PERMIAN BASIN, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER SETTING STATUS CONFERENCE**

BEFORE THE COURT is the status of the above case. This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

On March 10, 2025, the Court administratively closed this case as the Parties had reached a settlement. (Doc. 50). The Parties were ordered to file the papers necessary to dismiss this action on or before April 10, 2025. *Id*. On April 3, 2025, the Parties asked to extend the deadline to file their dismissal papers. (Doc. 52). The Court text order granted this Motion, giving the Parties until April 30, 2025, to submit dismissal documents. On May 1, 2025, the Parties asked for a second extension. (Doc. 53). To ensure the resolution of this case, the Court finds a status conference necessary.

It is hereby **ORDERED** that a status conference will be held on **Thursday, May 8, 2025, at 1:30 p.m.** via Zoom. The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is so **ORDERED**.

SIGNED this 2nd day of May, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE