**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| AMANDA AL-SAWAI, § | |
|    *Plaintiff*, § | |
| § | |
| v. § | MO:22-CV-00261-DC-RCG |
| § | |
| UNIVERSITY OF TEXAS PERMIAN § | |
| BASIN, § | |
|    *Defendant*. § | |

**ORDER ON SETTLEMENT AGREEMENT**

BEFORE THE COURT is the status of the above case. This case is before the Court through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges.

On May 8, 2025, the Court held a status conference regarding the Settlement Agreement between the Parties, and this Order hereby memorializes the hearing. The Court **ORDERS** the Settlement Agreement to be signed by both Parties **on or before Thursday, May 15, 2025**.

It is so **ORDERED**.

SIGNED this 8th day of May, 2025.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE