# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| AMANDA AL-SAWAI,<br>　*Plaintiff,* | §<br>§<br>§ | |
| v. | § | NO.   MO:22-CV-00261 |
| | § | |
| UNIVERSITY OF TEXAS, PERMIAN<br>BASIN, ET AL.,<br>　*Defendants.* | §<br>§<br>§<br>§ | |

## FINAL ORDER OF DISMISSAL

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a) and the Plaintiff's Motion to Dismiss with Prejudice (Doc. 57) filed May 27, 2025.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is so **ORDERED**.

SIGNED this 28th day of May, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE